UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DISTRICT COUNCIL 16 NORTHERN CALIFORNIA HEALTH AND WELFARE TRUST FUND, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>PRODUCTS SERVICE & LABOR, INC.,<br><br>Defendant. | Case No. 20-cv-2063-JCS<br><br>**ORDER REGARDING MISCELLANEOUS MOTIONS**<br><br>Re: Dkt. Nos. 52, 54 |

Plaintiffs' motion for an extension of time to file supplemental materials, extending the deadline from March 22, 2022 to April 1, 2022, is GRANTED. *See* dkt. 52. The Court also excuses the filing of those materials one day later than that extended deadline. *See* dkt. 53.

To the extent Plaintiffs' request for a decision (dkt. 54) on their motion for default judgment could be construed as a motion in itself requiring resolution, the Court finds it to be moot in light of report and recommendations filed concurrently with this order. The Court apologizes to Plaintiffs for the delay in issuing that report.

**IT IS SO ORDERED.**

Dated: September 13, 2022

JOSEPH C. SPERO
Chief Magistrate Judge